BEFORE: STEVEN L. TISCIONE  DATE: 12/8/23
UNITED STATES MAGISTRATE JUDGE  TIME: 1:30 P.M.

# CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No. 20-CR-577**

**DEFENDANT:** Elmer Canales-Rivera  **DEF. #**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL**:
☐ Federal Defender  ☒ CJA Elizabeth Macedonio  ☐ Retained

**A.U.S.A.**: John Durham

INTERPRETER: Evan Frierson (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG: 1:42 PM – 1:51 PM    MAGISTRATE DEPUTY: GRD

☒ Case called  ☒ Counsel for all sides present

☒ Arraignment on the Indictment

☒ Defendant enters a plea of Not Guilty to all counts of indictment

☒ Waiver of Speedy Trial executed; time excluded from 12/8/23, through 1/11//24.

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Order of Detention Pending Trial entered.

☐ Temporary Order of Detention entered.

   ☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next status conference is scheduled for January 11, 2024 at 12:30 P.M. before Judge Azrack.

Defendant ☐ Remains on Bond;  ☒ Remains in Custody.

OTHER:. Defendant waived a public reading of the Indictment. Rule 5(f) Order read. No bail package presented. Defendant remains in custody. Next status conference scheduled January 11, 2024 at 12:30PM before Judge Azrack.

Consular notification not necessary, which Defendant's counsel confirmed on record.