BEFORE: JOAN M. AZRACK  DATE: 1/11/2024
UNITED STATES DISTRICT JUDGE  TIME: 12:00 PM (15 Mins.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00577 (JMA)**

**FILED**
**CLERK**
2:38 pm, Jan 11, 2024
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Elmer Canales-Rivera**  **DEF. #: 2**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender  ☒ CJA  ☐ Retained

**AUSA:** John Durham

INTERPRETER: Maya Gray (Spanish)

PRETRIAL:

COURT REPORTER: ToniAnn Lucatorto  COURTROOM DEPUTY: LMP

☒ Case Called.  ☒ Counsel present for all sides.
☐ All parties consent to today's conference proceeding by telephone.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial time entered; from 1/11/2024 through 4/17/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for  .
☐ Bail hearing held. Disposition:
☒ A further status conference is scheduled for 4/17/2024 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant  ☒ Remains on Bond  ☐ Remains in Custody.

OTHER: