

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: emacedonio@Yahoo.com

February 5, 2024

**Electronically Filed**

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Elmer Canales Rivera</u>
20 Cr. 577

Dear Judge Azrack:

    Pursuant to the Criminal Justice Act, I represent Elmer Canales Rivera in the above referenced Indictment. Due to the nature and complexity of this matter, and in line with the Court's order of January 22, 2024, I ask that the Court appoint Michael Marinaccio, Esq. to assist me in this case. I have conferred with the government and Mr. Marinaccio, and confirmed that Mr. Marinaccio does not have a conflict that would prevent him from representing Mr. Canales Rivera.

    I thank Your Honor for her consideration in this matter.

Respectfully submitted,

***Elizabeth E. Macedonio***

*Attorney for the Defendant*
*Elmer Canales Rivera*

All Parties Via ECF