

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: emacedonio@Yahoo.com

July 8, 2024

**Electronically Filed**

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Elmer Canales Rivera
20 Cr. 577

Dear Judge Azrack:

Michael Marinaccio and I represent Elmer Canales Rivera in the above referenced Indictment. With the consent of the government, I write seeking an adjournment of the status conference currently scheduled for July 9, 2024. A six-week adjournment is requested.

The requested adjournment is necessary as we are still in the process of reviewing the discovery with the defendant. In addition, I am scheduled to commence a trial on July 15, 2024, and thus my professional time is focused on that matter.

Should the Court grant this request, the defendant consents to the exclusion of time under the speedy trial clock from July 9, 2024 to the date of the next conference.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Elmer Canales Rivera*