FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 22 2024
LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 23 2024
LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
JUL 23 '24 PM6:01

20-577-JMA

Honorable Judge Joan M. Azrack clerk of court
United States District Judge
Eastern District of New York 100 Federal Plaza
Central Islip, New York 11722

Please afford me the opportunity to explain my living conditions at the Special Housing unit M.D.C Brooklyn.

I have been confined in the SHU since I was extradited from Mexico and arrived at M.D.C seven months ago under the same restrictions as those who commit an infraction or violation. The difference is most of them get their privilegs back and are returned to their assigned units. in a month I have communicated the following concerns to my attorney

- No acces to computer to can check the Discovery.
- No provided with razors to shave.
- a limited commissary list. Not able to order a simple item like coffe, salt.
- I cant be in contact with my family.
- Shower only three times a week.

I respectfully ask for this to be remedied by allowing more contacts on my phone calls. a call per day "7 calls per week." provided with a razor 2 times a week a complete commissary list the same given in units and be allowed access to use a computer to help prepare for my defense.

The stress of being confined 23 hours a day, not being able to contact your love ones but only onces a week and being in an enviroment that I'm not afforded the same that other pre-trial inmates is affected my mental health. →

I respectfully ask you help me improve my basic need and conditions while I am in pretrial pre-trial status.

Respectfully

Elmar Canales Rivera. # 10696506

M.D.C east SHU.

Elmar Canales Rivera
Metropolitan Detention Center
Inmate: 10696506
PO Box 329002
Brooklyn, NY 11232

Legal Mail
Legal Mail

USMS
JUL 22 2024
LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

NEW YORK NY 100
19 JUL 2024 PM 14 L

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722