

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: emacedonio@Yahoo.com

November 7, 2024

**Electronically Filed**

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Elmer Canales Rivera</u>
20 Cr. 577

Dear Judge Azrack:

Michael Marinaccio and I represent Elmer Canales Rivera in the above referenced Indictment. With the consent of the government, I write seeking an adjournment of the status conference currently scheduled for November 13, 2024. This application is made on behalf of Mr. Canales Rivera only, and does not include his co-defendants.

The requested adjournment is necessary as Mr. Canales Rivera was recently moved to the Federal Detention Center in Philadelphia, Pennsylvania. Given his current location, it is unlikely at best, that he will be produced in court next week. Moreover, Mr. Marinaccio and I are still in the process of reviewing the voluminous discovery, and visitation with Mr. Canales Rivera to discuss the case is now complicated by distance.

A sixty-day adjournment is requested. Should the Court grant this request, the defendant consents to the exclusion of time under the speedy trial clock from November 13th to the date of the next conference.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Elmer Canales Rivera*